UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA BIALIK,

    Plaintiff,

File no: 1:12-CV-567

v.

HON. ROBERT HOLMES BELL

ANDREW HUBER, et al.,

    Defendants.
    _____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (docket #29) is hereby adopted and approved as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's motion for permanent injunction (docket #25) is hereby **DENIED**.

Date:  April 10, 2013                  /s/ Robert Holmes Bell
                                             ROBERT HOLMES BELL
                                             UNITED STATES DISTRICT JUDGE